**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ottoneil TEJADA–YANEZ,**
**Defendant–Appellant.**

**No. 10–10368.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 27, 2011.*

Filed Sept. 30, 2011.

Randall M. Howe, Esquire, Assistant U.S., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Lynn T. Hamilton, Esquire, Hamilton Law Office, PC, Mesa, AZ, for Defendant–Appellant.

Ottoneil Tejada–Yanez, Adelanto, CA, pro se.

Before: HAWKINS, SILVERMAN, and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

Ottoniel Tejada–Yanez appeals from his guilty-plea conviction and 60–month sentence for re-entry of removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Tejada–Yanez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.